463 A.2d 25

Commonwealth v. Dumont, Appellant.

Submitted June 17, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The order denying post conviction relief is affirmed.